UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
JPMorgan Chase Bank, N.A.

In Re:
    Carratura, Jospeh B Carratura, Maria G.

Order Filed on October 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   17-20194 CMG

Chapter: 13

Hearing Date: October 4, 2017
Judge: Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 4, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of JPMorgan Chase Bank, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

Land and premises commonly known as Lot , Block ,

■ Personal Property More Fully Describes as: **2015 MAZDA MAZDA6 , VIN:JM1GJ1W67F1172803,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*