|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>JPMorgan Chase Bank, N.A. |
| In Re:<br>    Carratura, Jospeh B Carratura, Maria G. |

Order Filed on October 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-20194 CMG

Chapter: 13

Hearing Date:  October 4, 2017
Judge:  Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 4, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>JPMorgan Chase Bank, N.A.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐  Real Property More Fully Described as:

Land and premises commonly known as Lot , Block ,

■  Personal Property More Fully Describes as: **2015 MAZDA MAZDA6 , VIN:JM1GJ1W67F1172803,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Maria G. Carratura  
Jospeh B Carratura  
    Debtors

Case No. 17-20194-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 05, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db/jdb        +Maria G. Carratura,    Jospeh B Carratura,    1324 Anchor Ave,    Beachwood, NJ 08722-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:  
          Albert    Russo     docs@russotrustee.com  
          Andrew L. Spivack     on behalf of Creditor    Mid America Mortgage, Inc. nj.bkecf@fedphe.com  
          Denise E. Carlon     on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Michael R. DuPont     on behalf of Creditor    First Financial Federal Credit Union  
           dupont@redbanklaw.com,    dana@redbanklaw.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
          Yakov    Rudikh     on behalf of Joint Debtor Jospeh B Carratura yrudikh@gmail.com,  
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com  
          Yakov    Rudikh     on behalf of Debtor Maria G. Carratura yrudikh@gmail.com,  
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com  
                                                         TOTAL: 7