Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–20194–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Maria G. Carratura | Jospeh B Carratura |
| 1324 Anchor Ave | 1324 Anchor Ave |
| Beachwood, NJ 08722 | Beachwood, NJ 08722 |

Social Security No.:
    xxx–xx–5155                                xxx–xx–8094

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 2, 2017.

On August 31, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            October 3, 2018
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 4, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-20194-CMG
Maria G. Carratura                                                    Chapter 13
Jospeh B Carratura
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 3         Date Rcvd: Sep 04, 2018
                            Form ID: 185          Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
```
db/jdb      +Maria G. Carratura,    Jospeh B Carratura,    1324 Anchor Ave,    Beachwood, NJ 08722-3202
cr          +First Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
              229 Broad Street,    Red Bank, NJ 07701-2009
cr          +Mid America Mortgage, Inc.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
516832537   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE 19808)
516832533    AllianceOne Receivables Management Inc.,     PO Box 11357,    Tacoma, WA 98411-0357
516832535   +Alltran Financial LP,    PO box 610,    Sauk Rapids, MN 56379-0610
516967579    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516832541   +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
516832542   +Collection Bureau Of A,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
516832543   +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516832545    ERC,   Po Box 23870,    Jacksonville, FL 32241-3870
516832546   +ERS Solutions, Inc,    PO Box 9004,    Renton, WA 98057-9004
516832548   +Firstsource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
516832549   +Foreclosure Processing Services,    Superior Court Clerk s Office,
              25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
516832550    GC Services,    P.O. Box 3865,   Houston, TX 77253
516832551   +Hayt, Hayt & Landau, LLC,    2 Industrial Way West,    PO Box 500,    Eatontown, NJ 07724-0500
517106254   +JCPL,   Firstenergy,    101 Crawfords Corner Rd,    Bldg # 1 Ste1-511,    Holmdel, NJ 07733-1976
516832556    Jersey Central Power and Light,    PO Box 16001,    Reading, PA 19612-6001
516832560   +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517116222   +MID AMERICA MORTGAGE, INC.,    Loancare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
516832562    Mercantile Adjustment Bureau, LLC,    P.O. Box 9055,    Williamsville, NY 14231-9055
516832563    Merchants Credit Gide Co.,    223 W Jackson Vlvd #400.00,    Chicago, IL 60606
516832564   +Mid America Mortgage Inc,    15301 Spectrum Dr #405,    Addison, TX 75001-6877
516832568   +NJ E-ZPass Violation Processing Ctr,    PO Box 4971,    Trenton, NJ 08650-4971
516889334   +NJ Turnpike Authority,    Att: Mark Schneider,    581 Main St POB 5042,
              Woodbridge, NJ 07095-5042
516832567   +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516832569   +Northland Group Inc,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516832570    Ocean County Court Special Civil Part,    P.O. Box 2191,    Toms River, NJ 08754-2191
516832571   +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Rd, Suite 100,
              Mount Laurel, NJ 08054-3437
516832572   +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
516832574    Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
517015615   +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517023847   +TD Bank,    Att: Richard Tracy,    30 Montgomery St Ste 1205,    Jersey City, NJ 07302-3835
516832578    TRI-State Adjustments, Inc,    PO Box 3219,    La Crosse, WI 54602-3219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:34      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516847301    E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 04 2018 23:41:48
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
516832538   +E-mail/Text: legal@arsnational.com Sep 04 2018 23:41:10      ARS National Services, Inc,
              PO Box 1259,    Oaks, PA 19456-1259
516832534   +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 04 2018 23:40:41
              AllianceOne Receivables Management, Inc.,    P.O. Box 3111,    Southeastern, PA 19398-3111
516832536    E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2018 23:40:41      Ally,    PO Box 380902,
              Bloomington, MN 55438-0902
516832539    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:47:06      Capital One,
              15000 Capital One Dr,    Richmond, VA 23238
516832540    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:47:06
              Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
516832544   +E-mail/Text: bknotice@ercbpo.com Sep 04 2018 23:41:44      Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516832547   +E-mail/Text: nculp@firstffcu.com Sep 04 2018 23:42:27      First Financial Fed Cu,    Po Box 1172,
              Toms River, NJ 08754-1172
516950367    E-mail/Text: laura@redbanklaw.com Sep 04 2018 23:40:42
              First Financial Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
              PO Box 610,    Red Bank, NJ 07701-0610
516832554    E-mail/Text: cio.bncmail@irs.gov Sep 04 2018 23:41:01      Internal Revenue Service,
              44 South Clinton Ave,    Trenton, NJ 08601
516832557   +E-mail/Text: srivera@jnacollect.com Sep 04 2018 23:41:26      Jonathan Neil & Associates, Inc,
              Po Box 7000,    Tarzana, CA 91357-7000
516832558   +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2018 23:40:49      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Sep 04, 2018
                              Form ID: 185             Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516832561       +E-mail/Text: laura@redbanklaw.com Sep 04 2018 23:40:42      McKenna, Dupont, Higgins & Stone,
                  229 Broad Street,    Red Bank, NJ 07701-2009
516832565       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33        Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517086605       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33        Midland Funding LLC,
                  PO Box 2011,    Warren MI 48090-2011
516832566       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33        Midland Funding, LLC,
                  PO Box 603,    Oaks, PA 19456-0603
517104170        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:49
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                  Norfolk VA 23541
517094726        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:49
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
517094819        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:54
                  Portfolio Recovery Associates, LLC,    c/o Wal-Mart,   POB 41067,   Norfolk VA 23541
516832573       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:46:42
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
516832575       +E-mail/Text: bkrpt@retrievalmasters.com Sep 04 2018 23:41:33       RMCB,   P.O. Box 1235,
                  Elmsford, NY 10523-0935
516832576       +E-mail/Text: bankruptcy@sccompanies.com Sep 04 2018 23:42:42       Seventh Avenue,   1112 7th Ave,
                  Monroe, WI 53566-1364
516909066       +E-mail/Text: bankruptcy@sccompanies.com Sep 04 2018 23:42:42       Seventh Avenue,
                  c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516836708       +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:37       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516832577        E-mail/Text: bankruptcy@td.com Sep 04 2018 23:41:41      Td Bank N.a.,   70 Gray Rd,
                  Portland, ME 04105
516944820       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:46:21       Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516832559         LoanCare
516832552*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court:  Honda Financial Services,    PO Box 65507,
                  Wilmington, DE 19808-0507)
516832555*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Services,    P.O. Box 9052,
                  Andover, MA 01810-9052)
516832553*       +Internal Revenue Service,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Mid America Mortgage, Inc. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
                dupont@redbanklaw.com,  dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Sep 04, 2018
                              Form ID: 185             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Yakov  Rudikh    on behalf of Joint Debtor Jospeh B Carratura yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
        Yakov  Rudikh    on behalf of Debtor Maria G. Carratura yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
        TOTAL: 8