UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

YAN RUDIKH, ESQ.
RUDIKH & ASSOCIATES, LLC
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961

Order Filed on May 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maria G. Carratura and Jospeh B Carratura

Case No.: 17-20194

Chapter: 13

Hearing Date: May 1, 2019 at 9:00 a.m.

Judge: Christine M. Gravelle

## ORDER ALLOWING DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: May 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Maria G. Carratura and Jospeh B Carratura
Case Number: 17-20194
Page 2 of 2

---

**IT IS ORDERED**: Debtor may enter into a Loan Modification Agreement with Loancare, Inc. relative to his property located at 1324 Anchor Ave, Beachwood, New Jersey 08722.

**IT IS FURTHER ORDERED** If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the Confirmed plan.

**IT IS FURTHER ORDERED**. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

**IT IS FURTHER ORDERED** Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.