UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Maria G. Carratura and Jospeh B Carratura

Case No.: 17-20194
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __11/12/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1324 Anchor Ave
Beachwood, NJ 08722

Value = $198,000

Liens on property:
Lien = $167,000

Minus 10% Estimated Cost of Sale

Amount of equity claimed as exempt: $11,200

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Chapter 7 Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

rev.8/1/15

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-20194-CMG
Maria G. Carratura                                            Chapter 7
Jospeh B Carratura
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 3                   Date Rcvd: Oct 15, 2019
                              Form ID: pdf905          Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db/jdb         +Maria G. Carratura,    Jospeh B Carratura,    1324 Anchor Ave,    Beachwood, NJ 08722-3202
cr             +First Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
cr             +MID AMERICA MORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Mid America Mortgage, Inc.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516832537     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: Am Honda Fin,      201 Little Falls Dr,   Wilmington, DE 19808)
516832533      AllianceOne Receivables Management Inc.,     PO Box 11357,    Tacoma, WA 98411-0357
516832535     #+Alltran Financial LP,    PO box 610,    Sauk Rapids, MN 56379-0610
518464738      +Atlanticare Regional Medical Center,    c/o Arcadia Recovery Bureau, LLC,    P.O. Box 6768,
                 Reading, PA 19610-0768
518464739      +Brace Medical Associates,    P.O. Box 1687,    Lake Worth, FL 33460-1687
516967579       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516832541      +Chase Auto,    Po Box 901003,   Ft Worth, TX 76101-2003
516832542      +Collection Bureau Of A,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
518464740      +Community Medical Center,    c/o IC System,    P.O. Box 64437,    Saint Paul, MN 55164-0437
516832543      +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
516832546      +ERS Solutions, Inc,    PO Box 9004,    Renton, WA 98057-9004
516832548      +Firstsource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
516832549      +Foreclosure Processing Services,    Superior Court Clerk s Office,
                 25 W. Market Street, 6th Floor, North Wi,     Trenton, NJ 08611-2148
516832550       GC Services,    P.O. Box 3865,    Houston, TX 77253
518464742      +Garden Medical Associates,    P.O. Box 1687,    Lake Worth, FL 33460-1687
516832551      +Hayt, Hayt & Landau, LLC,    2 Industrial Way West,    PO Box 500,   Eatontown, NJ 07724-0500
517106254      +JCPL,   Firstenergy,    101 Crawfords Corner Rd,    Bldg # 1 Ste1-511,   Holmdel, NJ 07733-1976
516832556       Jersey Central Power and Light,    PO Box 16001,    Reading, PA 19612-6001
516832560      +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517116222      +MID AMERICA MORTGAGE, INC.,    Loancare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
516832562       Mercantile Adjustment Bureau, LLC,    P.O. Box 9055,    Williamsville, NY 14231-9055
516832563       Merchants Credit Gide Co.,    223 W Jackson Vlvd #400.00,    Chicago, IL 60606
516832564      +Mid America Mortgage Inc,    15301 Spectrum Dr #405,    Addison, TX 75001-6877
516832568      +NJ E-ZPass Violation Processing Ctr,    PO Box 4971,    Trenton, NJ 08650-4971
516889334      +NJ Turnpike Authority,    Att: Mark Schneider,    581 Main St POB 5042,
                 Woodbridge, NJ 07095-5042
516832567      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516832569      +Northland Group Inc,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516832570       Ocean County Court Special Civil Part,    P.O. Box 2191,    Toms River, NJ 08754-2191
516832571      +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Rd, Suite 100,
                 Mount Laurel, NJ 08054-3437
516832572      +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
516832574       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
518464743      +Quantum Diagnostics LLC,    5300 W. Atlantic Avenue, Ste 600,    Delray Beach, FL 33484-8833
517015615      +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517023847      +TD Bank,    Att: Richard Tracy,    30 Montgomery St Ste 1205,    Jersey City, NJ 07302-3835
516832578       TRI-State Adjustments, Inc,    PO Box 3219,    La Crosse, WI 54602-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2019 01:26:03      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2019 01:25:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516847301       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 16 2019 01:26:14
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
516832538      +E-mail/Text: legal@arsnational.com Oct 16 2019 01:25:17      ARS National Services, Inc,
                 PO Box 1259,    Oaks, PA 19456-1259
516832534      +E-mail/Text: kristin.villneauve@allianceoneinc.com Oct 16 2019 01:24:37
                 AllianceOne Receivables Management, Inc.,     P.O. Box 3111,   Southeastern, PA 19398-3111
516832536       E-mail/Text: ally@ebn.phinsolutions.com Oct 16 2019 01:24:37      Ally,    PO Box 380902,
                 Bloomington, MN 55438-0902
518464737      +E-mail/Text: nicole.watts@atlanticare.org Oct 16 2019 01:24:27
                 Atlanticare Regional Medical Center,    c/o Arcadia Recovery Bureau, LLC,    P.O. Box 786361,
                 Philadelphia, PA 19178-6361
516832539       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2019 01:30:11      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
516832540       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2019 01:31:53
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
518464741       E-mail/Text: ebn@rwjbh.org Oct 16 2019 01:26:32      Community Medical Center,   c/o IC System,
                 P.O. Box 903,    Oceanport, NJ 07757-0903
```

```
District/off: 0312-3          User: admin             Page 2 of 3            Date Rcvd: Oct 15, 2019
                              Form ID: pdf905         Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516832545      E-mail/Text: bknotice@ercbpo.com Oct 16 2019 01:26:08      ERC,   Po Box 23870,
                Jacksonville, FL 32241-3870
516832546     +E-mail/Text: convergent@ebn.phinsolutions.com Oct 16 2019 01:26:31      ERS Solutions, Inc,
                PO Box 9004,   Renton, WA 98057-9004
516832544     +E-mail/Text: bknotice@ercbpo.com Oct 16 2019 01:26:08      Enhanced Recovery Co L,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516832547     +E-mail/Text: nculp@firstffcu.com Oct 16 2019 01:26:53      First Financial Fed Cu,   Po Box 1172,
                Toms River, NJ 08754-1172
516950367      E-mail/Text: laura@redbanklaw.com Oct 16 2019 01:24:38
                First Financial Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                PO Box 610,   Red Bank, NJ 07701-0610
516832554      E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 01:25:03      Internal Revenue Service,
                44 South Clinton Ave,   Trenton, NJ 08601
516832557     +E-mail/Text: srivera@jnacollect.com Oct 16 2019 01:25:46      Jonathan Neil & Associates, Inc,
                Po Box 7000,   Tarzana, CA 91357-7000
516832558     +E-mail/Text: bncnotices@becket-lee.com Oct 16 2019 01:24:49      Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516832561     +E-mail/Text: laura@redbanklaw.com Oct 16 2019 01:24:38      McKenna, Dupont, Higgins & Stone,
                229 Broad Street,   Red Bank, NJ 07701-2009
516832565     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2019 01:25:59      Midland Funding,
                2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
517086605     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2019 01:25:59      Midland Funding LLC,
                PO Box 2011,   Warren MI 48090-2011
516832566     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2019 01:25:59      Midland Funding, LLC,
                PO Box 603,   Oaks, PA 19456-0603
517104170      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 01:30:59
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
517094726      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 01:30:59
                Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
517094819      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 01:31:59
                Portfolio Recovery Associates, LLC,    c/o Wal-Mart,   POB 41067,   Norfolk VA 23541
516832573     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 01:44:21
                Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516832575     +E-mail/Text: bkrpt@retrievalmasters.com Oct 16 2019 01:25:58      RMCB,   P.O. Box 1235,
                Elmsford, NY 10523-0935
516832576     +E-mail/Text: bankruptcy@sccompanies.com Oct 16 2019 01:27:09      Seventh Avenue,   1112 7th Ave,
                Monroe, WI 53566-1364
516909066     +E-mail/Text: bankruptcy@sccompanies.com Oct 16 2019 01:27:09      Seventh Avenue,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516836708     +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 01:30:41      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516832577      E-mail/Text: bankruptcy@td.com Oct 16 2019 01:26:06      Td Bank N.a.,   70 Gray Rd,
                Portland, ME 04105
516944820     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2019 01:30:19      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516832559        LoanCare
516832552*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  Honda Financial Services,    PO Box 65507,
                 Wilmington, DE 19808-0507)
518464746*     +Atlanticare Regional Medical Center,    c/o Arcadia Recovery Bureau, LLC,   P.O. Box 786361,
                 Philadelphia, PA 19178-6361
518464747*     +Atlanticare Regional Medical Center,    c/o Arcadia Recovery Bureau, LLC,   P.O. Box 6768,
                 Reading, PA 19610-0768
518464748*     +Brace Medical Associates,   P.O. Box 1687,   Lake Worth, FL 33460-1687
518464749*     +Community Medical Center,   c/o IC System,   P.O. Box 64437,   Saint Paul, MN 55164-0437
518464750*      Community Medical Center,   c/o IC System,   P.O. Box 903,   Oceanport, NJ 07757-0903
518464751*     +Garden Medical Associates,   P.O. Box 1687,   Lake Worth, FL 33460-1687
516832555*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Services,    P.O. Box 9052,
                 Andover, MA 01810-9052)
516832553*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518464752*     +Quantum Diagnostics LLC,   5300 W. Atlantic Avenue, Ste 600,    Delray Beach, FL 33484-8833
                                                                                         TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3          Date Rcvd: Oct 15, 2019
                              Form ID: pdf905          Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2019 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Mid America Mortgage, Inc. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell     jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Robert   Davidow    on behalf of Creditor    MID AMERICA MORTGAGE, INC. nj.bkecf@fedphe.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Jospeh B Carratura bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Maria G. Carratura bkwoliver@aol.com,
           R59915@notify.bestcase.com
          Yakov   Rudikh    on behalf of Joint Debtor Jospeh B Carratura yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
          Yakov   Rudikh    on behalf of Debtor Maria G. Carratura yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                                TOTAL: 12
```