**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria G. Carratura | Social Security number or ITIN   xxx–xx–5155 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jospeh B Carratura | Social Security number or ITIN   xxx–xx–8094 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–20194–CMG

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria G. Carratura

Jospeh B Carratura

12/13/19

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20194-CMG
Maria G. Carratura                                                        Chapter 7
Jospeh B Carratura
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin           Page 1 of 3          Date Rcvd: Dec 13, 2019
                             Form ID: 318          Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db/jdb        +Maria G. Carratura,   Jospeh B Carratura,   1324 Anchor Ave,   Beachwood, NJ 08722-3202
cr            +First Financial Federal Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
               229 Broad Street,   Red Bank, NJ 07701-2009
cr            +MID AMERICA MORTGAGE, INC.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
cr            +Mid America Mortgage, Inc.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
516832537     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,   201 Little Falls Dr,   Wilmington, DE 19808)
516832533      AllianceOne Receivables Management Inc.,   PO Box 11357,   Tacoma, WA 98411-0357
516832535     #+Alltran Financial LP,   PO box 610,   Sauk Rapids, MN 56379-0610
518464738     +Atlanticare Regional Medical Center,   c/o Arcadia Recovery Bureau, LLC,   P.O. Box 6768,
               Reading, PA 19610-0768
518464739     +Brace Medical Associates,   P.O. Box 1687,   Lake Worth, FL 33460-1687
516832541     +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
516832542     +Collection Bureau Of A,   25954 Eden Landing Rd,   Hayward, CA 94545-3837
516832549     +Foreclosure Processing Services,   Superior Court Clerk s Office,
               25 W. Market Street, 6th Floor, North Wi,   Trenton, NJ 08611-2148
516832550      GC Services,   P.O. Box 3865,   Houston, TX 77253
518464742     +Garden Medical Associates,   P.O. Box 1687,   Lake Worth, FL 33460-1687
516832551     +Hayt, Hayt & Landau, LLC,   2 Industrial Way West,   PO Box 500,   Eatontown, NJ 07724-0500
517106254     +JCPL,   Firstenergy,   101 Crawfords Corner Rd,   Bldg # 1 Ste1-511,   Holmdel, NJ 07733-1976
516832556      Jersey Central Power and Light,   PO Box 16001,   Reading, PA 19612-6001
516832560     +Loancare Servicing Ctr,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
517116222     +MID AMERICA MORTGAGE, INC.,   Loancare LLC,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
516832562      Mercantile Adjustment Bureau, LLC,   P.O. Box 9055,   Williamsville, NY 14231-9055
516832563      Merchants Credit Gide Co.,   223 W Jackson Vlvd #400.00,   Chicago, IL 60606
516832564     +Mid America Mortgage Inc,   15301 Spectrum Dr #405,   Addison, TX 75001-6877
516832568     +NJ E-ZPass Violation Processing Ctr,   PO Box 4971,   Trenton, NJ 08650-4971
516889334     +NJ Turnpike Authority,   Att: Mark Schneider,   581 Main St POB 5042,
               Woodbridge, NJ 07095-5042
516832567     +New Jersey Division of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
516832569     +Northland Group Inc,   P.O. Box 390905,   Minneapolis, MN 55439-0905
516832570      Ocean County Court Special Civil Part,   P.O. Box 2191,   Toms River, NJ 08754-2191
516832571     +Phelan, Hallinan, Diamond & Jones PC,   400 Fellowship Rd, Suite 100,
               Mount Laurel, NJ 08054-3437
516832572     +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
516832574      Pressler & Pressler, LLP,   7 Entin Rd,   Parsippany, NJ 07054-5020
518464743     +Quantum Diagnostics LLC,   5300 W. Atlantic Avenue, Ste 600,   Delray Beach, FL 33484-8833
517015615     +TD BANK, N.A.,   Payment Processing,   PO BOX 16029,   Lewiston, ME 04243-9507
517023847     +TD Bank,   Att: Richard Tracy,   30 Montgomery St Ste 1205,   Jersey City, NJ 07302-3835
516832578      TRI-State Adjustments, Inc,   PO Box 3219,   La Crosse, WI 54602-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:47     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:44     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516847301      EDI: HNDA.COM Dec 14 2019 04:28:00     American Honda Finance Corporation,
               National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
516832538     +EDI: ARSN.COM Dec 14 2019 04:28:00     ARS National Services, Inc,   PO Box 1259,
               Oaks, PA 19456-1259
516832534     +E-mail/Text: kristin.villneauve@allianceoneinc.com Dec 14 2019 00:01:31
               AllianceOne Receivables Management, Inc.,   P.O. Box 3111,   Southeastern, PA 19398-3111
516832536      EDI: GMACFS.COM Dec 14 2019 04:28:00     Ally,   PO Box 380902,   Bloomington, MN 55438-0902
518464737     +E-mail/Text: nicole.watts@atlanticare.org Dec 14 2019 00:01:23
               Atlanticare Regional Medical Center,   c/o Arcadia Recovery Bureau, LLC,   P.O. Box 786361,
               Philadelphia, PA 19178-6361
516832539      EDI: CAPITALONE.COM Dec 14 2019 04:28:00     Capital One,   15000 Capital One Dr,
               Richmond, VA 23238
516832540      EDI: CAPITALONE.COM Dec 14 2019 04:28:00     Capital One Bank (USA), N.A.,   P.O. Box 71083,
               Charlotte, NC 28272-1083
516967579      EDI: BL-BECKET.COM Dec 14 2019 04:28:00     Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
518464740     +EDI: IIC9.COM Dec 14 2019 04:28:00     Community Medical Center,   c/o IC System,
               P.O. Box 64437,   Saint Paul, MN 55164-0437
518464741      E-mail/Text: ebn@rwjbh.org Dec 14 2019 00:04:17     Community Medical Center,   c/o IC System,
               P.O. Box 903,   Oceanport, NJ 07757-0903
516832543     +EDI: TSYS2.COM Dec 14 2019 04:28:00     Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
516832545      E-mail/Text: bknotice@ercbpo.com Dec 14 2019 00:03:55     ERC,   Po Box 23870,
               Jacksonville, FL 32241-3870

District/off: 0312-3          User: admin          Page 2 of 3          Date Rcvd: Dec 13, 2019
                             Form ID: 318          Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516832546       +EDI: CONVERGENT.COM Dec 14 2019 04:28:00      ERS Solutions, Inc,   PO Box 9004,
                 Renton, WA 98057-9004
516832544       +E-mail/Text: bknotice@ercbpo.com Dec 14 2019 00:03:55      Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516832547       +E-mail/Text: nculp@firstffcu.com Dec 14 2019 00:04:39      First Financial Fed Cu,   Po Box 1172,
                 Toms River, NJ 08754-1172
516950367        E-mail/Text: laura@redbanklaw.com Dec 14 2019 00:02:53
                 First Financial Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
                 PO Box 610,   Red Bank, NJ 07701-0610
516832548       +EDI: FSAE.COM Dec 14 2019 04:28:00      Firstsource Advantage, LLC,   205 Bryant Woods South,
                 Buffalo, NY 14228-3609
516832554        EDI: IRS.COM Dec 14 2019 04:28:00      Internal Revenue Service,   44 South Clinton Ave,
                 Trenton, NJ 08601
516832557       +E-mail/Text: srivera@jnacollect.com Dec 14 2019 00:03:37      Jonathan Neil & Associates, Inc,
                 Po Box 7000,   Tarzana, CA 91357-7000
516832558       +E-mail/Text: bncnotices@becket-lee.com Dec 14 2019 00:03:07      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516832561       +E-mail/Text: laura@redbanklaw.com Dec 14 2019 00:02:53      McKenna, Dupont, Higgins & Stone,
                 229 Broad Street,   Red Bank, NJ 07701-2009
516832565       +EDI: MID8.COM Dec 14 2019 04:28:00      Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
517086605       +EDI: MID8.COM Dec 14 2019 04:28:00      Midland Funding LLC,   PO Box 2011,
                 Warren MI 48090-2011
516832566       +EDI: MID8.COM Dec 14 2019 04:28:00      Midland Funding, LLC,   PO Box 603,
                 Oaks, PA 19456-0603
517104170        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
517094726        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
517094819        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,   c/o Wal-Mart,
                 POB 41067,   Norfolk VA 23541
516832573       +EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516832575       +EDI: RMCB.COM Dec 14 2019 04:28:00      RMCB,   P.O. Box 1235,   Elmsford, NY 10523-0935
516832576       +EDI: CBS7AVE Dec 14 2019 04:28:00      Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
516909066       +EDI: CBS7AVE Dec 14 2019 04:28:00      Seventh Avenue,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516836708       +EDI: RMSC.COM Dec 14 2019 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516832577        EDI: TDBANKNORTH.COM Dec 14 2019 04:28:00      Td Bank N.a.,   70 Gray Rd,   Portland, ME 04105
516944820       +EDI: AIS.COM Dec 14 2019 04:28:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                               TOTAL: 36


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516832559       LoanCare
516832552*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,   PO Box 65507,
                 Wilmington, DE 19808-0507)
518464746*      +Atlanticare Regional Medical Center,   c/o Arcadia Recovery Bureau, LLC,   P.O. Box 786361,
                 Philadelphia, PA 19178-6361
518464747*      +Atlanticare Regional Medical Center,   c/o Arcadia Recovery Bureau, LLC,   P.O. Box 6768,
                 Reading, PA 19610-0768
518464748*      +Brace Medical Associates,   P.O. Box 1687,   Lake Worth, FL 33460-1687
518464749*      +Community Medical Center,   c/o IC System,   P.O. Box 64437,   Saint Paul, MN 55164-0437
518464750*       Community Medical Center,   c/o IC System,   P.O. Box 903,   Oceanport, NJ 07757-0903
518464751*      +Garden Medical Associates,   P.O. Box 1687,   Lake Worth, FL 33460-1687
516832555*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Services,   P.O. Box 9052,
                 Andover, MA 01810-9052)
516832553*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518464752*      +Quantum Diagnostics LLC,   5300 W. Atlantic Avenue, Ste 600,   Delray Beach, FL 33484-8833
                                                                               TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3        User: admin           Page 3 of 3         Date Rcvd: Dec 13, 2019
                           Form ID: 318           Total Noticed: 70
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                    Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Mid America Mortgage, Inc. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Robert  Davidow    on behalf of Creditor    MID AMERICA MORTGAGE, INC. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Jospeh B Carratura bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Maria G. Carratura bkwoliver@aol.com,
           R59915@notify.bestcase.com
          Yakov  Rudikh    on behalf of Joint Debtor Jospeh B Carratura rudikhlawgroup@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
          Yakov  Rudikh    on behalf of Debtor Maria G. Carratura rudikhlawgroup@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                    TOTAL: 12
```